WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Chelsea A. Crowton, Esq.
Nevada Bar No. 11547
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
dnitz@wrightlegal.net
ccrowton@wrightlegal.net
*Attorneys for Plaintiff, Universal American Mortgage Company, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNIVERSAL AMERICAN MORTGAGE COMPANY, LLC, a limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>MANDOLIN HOMEOWNERS ASSOCIATION, a Domestic Non-Profit Coop Corporation; NEVADA ASSOCIATION SERVICES, INC., a Domestic Corporation; ODRA SAMARA GONZALEZ, an Individual; HARRY R. MARTNEZ, an Individual; ODRA CLAUDIA L. MARTINEZ, an Individual; SFR INVESTMENTS POOL I, LLC, a Domestic Limited Liability Company; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.:   2:14-cv-02198-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE DATE TO RESPOND TO DEFENDANT, SFR INVESTMENTS POOL I, LLCS MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED between Plaintiff, Universal American Mortgage Company, LLC, by and through its attorney of record, Chelsea A. Crowton, Esq. of the law firm Wright, Finlay & Zak, LLP, and Defendant, SFR Investments Pool I, LLC, by and through its attorney of record, Diana S. Cline, Esq., of the law firm Howard Kim & Associates, to extend the deadline for Plaintiff, Universal American Mortgage Company, LLC, to file their response to Defendant, SFR Investments Pool I, LLC.'s Motion to Dismiss, or in the Alternative, Motion for

Summary Judgment to February 27, 2015.

This is the parties' first request for extension of these deadlines, and is not intended to cause any delay or prejudice to any party.

| | |
|---|---|
| DATED this 9th day of February, 2015. | DATED this 9th day of February, 2015. |
| WRIGHT, FINLAY & ZAK, LLP | HOWARD KIM & ASSOCIATES |
| /s/ Chelsea A. Crowton, Esq. | /s/ Diana S. Cline, Esq. |
| Chelsea A. Crowton, Esq. | Diana S. Cline, Esq. |
| Nevada Bar No. 11547 | Nevada Bar No. 10580 |
| 7785 W. Sahara Avenue, Suite 200 | 1055 Whitney Ranch Drive, Suite 110 |
| Las Vegas, Nevada 89117 | Henderson, Nevada 89014 |
| *Attorney for Plaintiff, Universal American Mortgage Company, LLC* | *Attorney for Defendant, SFR Investments Pool I, LLC* |

## ORDER

Pursuant to the above-stated stipulation and good cause appearing,

IT IS HEREBY ORDERED that the deadline for Plaintiff, Universal American Mortgage Company, LLC to respond to Defendant, SFR Investments Pool I, LLC's Motion to Dismiss, or in the Alternative, Motion for Summary Judgment is extended to February 27, 2015.

Dated: February 10, 2015.

_____
UNITED STATES DISTRICT JUDGE