WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Chelsea A. Crowton, Esq.
Nevada Bar No. 11547
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
dnitz@wrightlegal.net
ccrowton@wrightlegal.net
*Attorneys for Plaintiff, Universal American Mortgage Company, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNIVERSAL AMERICAN MORTGAGE COMPANY, LLC, a limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>MANDOLIN HOMEOWNERS ASSOCIATION, a Domestic Non-Profit Coop Corporation; NEVADA ASSOCIATION SERVICES, INC., a Domestic Corporation; ODRA SAMARA GONZALEZ, an Individual; HARRY R. MARTNEZ, an Individual; ODRA CLAUDIA L. MARTINEZ, an Individual; SFR INVESTMENTS POOL I, LLC, a Domestic Limited Liability Company; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:14-cv-02198-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE DATE TO RESPOND TO DEFENDANT, NEVADA ASSOCIATION SERVICES, INC'S MOTION TO DISMISS THE COMPLAINT** |

IT IS HEREBY STIPULATED between Plaintiff, Universal American Mortgage Company, LLC, by and through its attorney of record, Chelsea A. Crowton, Esq. of the law firm Wright, Finlay & Zak, LLP, and Defendant, Nevada Association Services, Inc., by and through its attorney of record, Richard Vilkin, Esq., to extend the deadline for Plaintiff, Universal American Mortgage Company, LLC, to file their response to Defendant, Nevada Association Services, Inc.'s Motion to Dismiss the Complaint to March 4, 2015.

This is the parties' first request for extension of these deadlines, and is not intended to cause any delay or prejudice to any party.

DATED this 9th day of February, 2015.

WRIGHT, FINLAY & ZAK, LLP

/s/ Chelsea A. Crowton, Esq.
Chelsea A. Crowton, Esq.
Nevada Bar No. 11547
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
*Attorney for Plaintiff, Universal American Mortgage Company, LLC*

DATED this 9th day of February, 2015.

LAW OFFICES OF RICHARD VILKIN, P.C.

/s/ Richard Vilkin, Esq.
Richard Vilkin, Esq.
Nevada Bar No. 8301
1286 Crimson Sage Ave.
Henderson, Nevada 89012
*Attorney for Defendant, Nevada Association Services, Inc.*

## ORDER

Pursuant to the above-stated stipulation and good cause appearing,

IT IS HEREBY ORDERED that the deadline for Plaintiff, Universal American Mortgage Company, LLC to respond to Defendant, Nevada Association Services, Inc.'s Motion to Dismiss the Complaint is extended to March 4, 2015.

Dated: February 10, 2015.

_____
UNITED STATES DISTRICT JUDGE