|   |   |
|---|---|
| 1 | WRIGHT, FINLAY & ZAK, LLP |
|   | Dana Jonathon Nitz, Esq. |
| 2 | Nevada Bar No. 0050 |
|   | Chelsea A. Crowton, Esq. |
| 3 | Nevada Bar No. 11547 |
| 4 | 7785 W. Sahara Avenue, Suite 200 |
|   | Las Vegas, Nevada 89117 |
| 5 | (702) 475-7964; Fax: (702) 946-1345 |
|   | dnitz@wrightlegal.net |
| 6 | ccrowton@wrightlegal.net |
| 7 | *Attorneys for Plaintiff, Universal American Mortgage Company, LLC* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| UNIVERSAL AMERICAN MORTGAGE COMPANY, LLC, a limited liability company, | Case No.: 2:14-cv-02198-APG-NJK |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DEADLINE DATE TO RESPOND TO DEFENDANT, SFR INVESTMENTS POOL I, LLCS MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT** |
| vs. |  |
| MANDOLIN HOMEOWNERS ASSOCIATION, a Domestic Non-Profit Coop Corporation; NEVADA ASSOCIATION SERVICES, INC., a Domestic Corporation; ODRA SAMARA GONZALEZ, an Individual; HARRY R. MARTNEZ, an Individual; ODRA CLAUDIA L. MARTINEZ, an Individual; SFR INVESTMENTS POOL I, LLC, a Domestic Limited Liability Company; DOES I through X; and ROE CORPORATIONS I through X, inclusive, | **SECOND REQUEST** |
| Defendants. |  |

IT IS HEREBY STIPULATED between Plaintiff, Universal American Mortgage Company, LLC, by and through its attorney of record, Chelsea A. Crowton, Esq. of the law firm Wright, Finlay & Zak, LLP, and Defendant, SFR Investments Pool I, LLC, by and through its attorney of record, Diana S. Cline, Esq., of the law firm Howard Kim & Associates, to extend the deadline for Plaintiff, Universal American Mortgage Company, LLC, to file their response to Defendant, SFR Investments Pool I, LLC.'s Motion to Dismiss, or in the Alternative, Motion for

Summary Judgment to March 20, 2015.

This is the parties' second request for extension of these deadlines, and is not intended to cause any delay or prejudice to any party.

| | |
|---|---|
| DATED this 27th day of February, 2015. | DATED this 27th day of February, 2015. |
| WRIGHT, FINLAY & ZAK, LLP | HOWARD KIM & ASSOCIATES |
| /s/ Chelsea A. Crowton, Esq.<br>Chelsea A. Crowton, Esq.<br>Nevada Bar No. 11547<br>7785 W. Sahara Avenue, Suite 200<br>Las Vegas, Nevada 89117<br>*Attorney for Plaintiff, Universal American Mortgage Company, LLC* | /s/ Diana S. Cline, Esq.<br>Diana S. Cline, Esq.<br>Nevada Bar No. 10580<br>1055 Whitney Ranch Drive, Suite 110<br>Henderson, Nevada  89014<br>*Attorney for Defendant, SFR Investments Pool I, LLC* |

**ORDER**

Pursuant to the above-stated stipulation and good cause appearing,

IT IS HEREBY ORDERED that the deadline for Plaintiff, Universal American Mortgage Company, LLC to respond to Defendant, SFR Investments Pool I, LLC's Motion to Dismiss, or in the Alternative, Motion for Summary Judgment is extended to March 20, 2015.

Dated:  March 3, 2015.

_____
UNITED STATES DISTRICT JUDGE